# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 88 WAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| ALLEN ONEIL BALTIMORE A/K/A ALLEN FITZGERALD, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.